JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JEFFREY P. KENNEY,                    )   NO. CV 07-04537 SS
                                      )
                Plaintiff,            )
                                      )   **JUDGMENT**
            v.                        )
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of Social                )
Security,                             )
                                      )
                Defendant.            )
_____)

     IT IS ADJUDGED that the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: 7/2/08

                                        /s/

                              _____
                                SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE

13